■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN DAYMON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA R. HOWELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Sodomy, 3rd Degree.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.